IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| BEST WESTERN INTERNATIONAL, INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-48-Z-BR |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NO. SHU-GL0035-04, and ENGLE MARTIN & ASSOCIATES, LLC, | § § § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS**

On June 14, 2019, the United States Magistrate Judge entered findings and conclusions on Plaintiff's Motion to Remand (ECF 7). The Magistrate Judge RECOMMENDS that Plaintiff's motion (ECF 7) be DENIED. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge for clear error, the Court concludes that the findings and conclusions are correct.

The central issue before the Court is whether the amount in controversy exceeds $75,000. *See* 28 U.S.C. §§ 1332(a); 1446(c)(2)(B). Considering (1) the amount plead by Plaintiff ($54,000), (2) statutory interest of 18% per annum, and (3) reasonable and necessary attorney's fees, the Court affirms the Magistrate Judge's finding that Plaintiff would likely recover more than $7,320 in reasonable and necessary attorney's fees if it prevailed in this case. Based on a preponderance of the evidence and for the reasons set forth in the Magistrate Judge's findings, conclusions, and

recommendation, the Court finds that the amount in controversy, more likely than not exceeds $75,000, exclusive of interest and costs.

It is therefore ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED. Plaintiff's Motion to Remand (ECF 7) is DENIED.

SIGNED October 4, 2019.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE